UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CATHERINE RUBENSTEIN, :
:
:
Plaintiff, :
: 23-CV-6189 (JMF)
-v- :
: ORDER
:
WINGS MEDIA, LLC d/b/a PODOPOLO et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    For reasons the Court will explain orally at the conference referenced below, Defendants' motion to dismiss for lack of jurisdiction and improper venue is DENIED. As a result, Plaintiff's request to file a sur-reply is DENIED as moot. Defendants shall answer the Amended Complaint **within fourteen days** in accordance with Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure. In addition, the parties shall appear for a telephonic conference on **June 27, 2024**, at **10:00 a.m.** In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 9, the parties shall file a joint letter and proposed Case Management Plan by the Thursday before the initial pretrial conference.

    The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. In accordance with those Rules, counsel shall, at least **twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference. The Court will thereafter provide call-in information to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key.

    The Clerk of Court is directed to terminate ECF Nos. 15 and 34.

    SO ORDERED.

Dated: May 31, 2024
       New York, New York

                                                      JESSE M. FURMAN
                                                   United States District Judge